**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ROCHELLE LYNN KELLY,** ) | **CASE NO. 1:17CV757** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. ) | |
| ) | |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | **O R D E R** |
| **SECURITY ADMINISTRATION,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

This Court has reviewed the Report and Recommendation (Doc.#17) of Magistrate Judge David A. Ruiz regarding Plaintiff's Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1), challenging the final decision of the Commissioner of Social Security. The Magistrate Judge recommends that the final decision of the Commissioner be AFFIRMED. Plaintiff has not filed any objections to the Report and Recommendation.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947

(6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 17), the decision of the Commissioner is affirmed and judgment is entered in favor of the Defendant.

IT IS SO ORDERED.

Dated: June 22, 2018

 *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE